Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff, Joyce Elaine Rhone

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE ELAINE RHONE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01296-VCF<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Joyce Elaine Rhone be awarded attorney fees in the amount of four thousand nine hundred dollars ($4,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

//

// This award is without prejudice to the rights of Hal Taylor and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: October 14, 2022				Respectfully submitted,

						OF COUNSEL, OLINSKY LAW GROUP

						*/s/ Hal Taylor*
						HAL TAYLOR
						Attorney for Plaintiff


Dated: October 14, 2022				Respectfully submitted,

						JASON M. FRIERSON
						United States Attorney
						District of Nevada

						DAVID PRIDDY, ILSBN 6313767
						Special Assistant United States Attorney
						160 Spear Street, Suite 800
						San Francisco, California 94105
						Telephone: (510) 970-4801
						Facsimile: (415) 744-0134
						*(as authorized by email on October 14, 2022)*
						E-Mail: David.Priddy@ssa.gov

						Attorneys for Defendant


						IT IS SO ORDERED:

						_____
						HON. CAM FERENBACH
						UNITED STATES MAGISTRATE JUDGE


						DATED: __10-17-2022_____

3

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 250 South Clinton Street, Syracuse, NY 13202. On the date set forth below, I caused service of **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

    David Priddy
    David.Priddy@ssa.gov
    Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2022

                                        */s/ Hal Taylor*
                                        HAL TAYLOR
                                        Attorney for Plaintiff
                                        Of Counsel, Olinsky Law Group