AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Joyce Elaine Rhone,

                Plaintiff,

v.

Kilolo Kijakazi,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01296-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff Joyce Elaine Rhone is awarded attorney fees in the amount of four thousand nine hundred dollars ($4,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

October 17, 2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ T. Roush-Wallace  
Deputy Clerk